UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                                CASE NO: 8:09-cv-513-JDW-EAJ

MIKE ZERVOS, TRE,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court *sua sponte*. On July 20, 2009, Plaintiff was ordered to show cause why this case should not be dismissed under Local Rule 3.10 for lack of prosecution. (Dkt. 6). The Order expressly stated, "[f]ailure to file a timely response shall result in the immediate dismissal of this action for lack of prosecution **without further notice**." Plaintiff has not filed a response, and the time to do so has passed. Accordingly, pursuant to Local Rule 3.10, it is **ORDERED** that this case is **DISMISSED**. All pending motions, if any, are **DENIED** as moot. The clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 4th day of August, 2009.

*/s/ James D. Whittemore*
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record